14 Cal.Rptr.3d 210 (2004)
91 P.3d 162
PEOPLE
v.
ROBINSON.
No. S123938.
Supreme Court of California.
June 9, 2004.
Petition for review granted; issues limited.
Respondent's petition for review GRANTED.
Defendant's petition for review DENIED.
The issue to be briefed and argued is limited to the following question: Where the trial court found a prima face case of Wheeler/Batson error with regard to the third African-American potential juror removed by the prosecutor by peremptory challenge (People v. Wheeler (1978) 22 Cal.3d 258, 148 Cal.Rptr. 890, 583 P.2d 748; Batson v. Kentucky (1986) 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69), was the court required to obtain the prosecutor's reasons for removing each of the three African-American potential jurors or could the court limit its inquiry to the prosecutor's reasons for the third challenge?
GEORGE, C.J., KENNARD, BAXTER, WERDEGAR, CHIN, BROWN and MORENO, JJ., concur.